ADEE *et al. v.* THOMAS.

(*Circuit Court, E. D. New York.* February 17, 1890.)

In Equity. Bill for injunction.
*Briesen & Knauth,* for complainants.
*Frost & Coe,* for defendant.

LACOMBE, J. This is a suit to restrain the infringement of letters patent No. 390,821, being for the article of manufacture produced by the process described in the patent sued upon in *Adee* v. *Thomas, ante,* 346, (decided to-day.) The facts and circumstances are the same in this case as in that, and the conclusion reached is the same.
Decree for complainant.